IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM D. SHELY and DIANNA L. SHELY, husband and wife, ) ) ) | | |
| Plaintiffs, ) ) | 8:05CV437 | |
| v. ) ) | | |
| WELLS FARGO HOME MORTGAGE INC., GE CAPITAL MORTGAGE SERVICES, INC., and ERIC H. LINDQUIST, Successor Trustee, ) ) ) ) ) | ORDER | |
| Defendants. ) _____) | | |

This matter is before the Court on the stipulation for dismissal of Eric H. Lindquist (Filing No. 6). Pursuant thereto,

IT IS ORDERED that Eric H. Lindquist is dismissed without prejudice as a defendant in this action.

DATED this 31st day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court